UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                    :
ANDERSON SMITH SATUYE-MARTINEZ,                     :
                                                    :
                    Petitioner,                     :
                                                    :
        -v-                                         :        26 Civ. 1862 (JPC)
                                                    :
LADEON FRANCIS, *et al.*,                           :        ORDER
                                                    :
                    Respondents.                    :
                                                    :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The Court, having examined the Petition in this action, which Petitioner filed under 28 U.S.C. § 2241, orders that: The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York that this Order has been issued.

By March 13, 2026, the U.S. Attorney's Office shall file an answer or other pleadings in response to the Petition, explaining the basis for Petitioner's detention and Petitioner's location. Petitioner may file reply papers, if any, by March 20, 2026. In preparing their papers, the parties shall discuss whether, if the statutory provision under which the Government asserts the authority to detain Petitioner is 8 U.S.C. § 1225(b)(2)(A), there is any basis to distinguish this case from this Court's recent decision in *Chen v. Almodovar*, No. 25 Civ. 9670 (JPC), 2026 WL 100761 (S.D.N.Y. Jan. 14, 2026).

        SO ORDERED.

Dated: March 6, 2026
        New York, New York                    _____
                                                        JOHN P. CRONAN
                                                  United States District Judge