**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDERSON SMITH SATUYE-MARTINEZ<br><br>*Petitioner,*<br><br>v.<br><br>DHS et. al.<br><br>*Respondents.* | HON. JOHN P. CRONAN<br><br>*Civil Action No.* 26-cv-01862 (LPC)<br><br>**VOLUNTARY DISMISSAL WITHOUT PREJUDICE WITH PROPOSED ORDER** |

**PETITIONER ANDERSON SMITH SATUYE-MARTINEZ HEREBY VOLUNTARILY DISMISSES** this action under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice and without costs or attorneys' fees to either party.

By:

RHIDAYA S TRIVEDI
RONALD L. KUBY
Law Office of Ronald L. Kuby
119 West 23rd Street Suite 900
New York, NY 10011
rhiyatrivedi@gmail.com

*Attorney for Petitioner*

So Ordered:

HON. JOHN P. CRONAN
UNITED STATES DISTRICT JUDGE

March 12, 2026

1